1

2  DAVID T. SHUEY, ESQ. (Bar No. 162087)
   Email:  shuey@rankinlaw.com
3  MICHAEL R. REYNOLDS, ESQ. (Bar No. 100126)
   Email: reynolds@rankinlaw.com
4  DAMON M. THURSTON, ESQ. (Bar No. 186861)
   Email:  thurston@rankinlaw.com
5  RANKIN, SHUEY, MINTZ,
   LAMPASONA & HARPER
6  475 City Center
   475 14ᵗʰ Street, Suite 650
7  Oakland, CA 94612
   Telephone Number:  (510) 433-2600
8  Facsimile Numbers:  (510) 433-2699 and (510) 452-3006

9  Attorneys for Third-Party Defendant,
   W.L. BUTLER CONSTRUCTION, INC.

10                  UNITED STATES DISTRICT COURT

11        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

12

13  PATRICIA CECILE MCCAY, an           Case No. 2:24-cv-01848-TLN-DMC
    Individual,
14                                       ___Case Assigned to:___
                                                        *United States District Judge Troy L. N*
15              Plaintiff,               ***Robert T. Matsui United States Courthouse***
                                         ***501 I Street, Courtroom 2, 15th floor***
16        v.                             ***Sacramento, CA  95814***

17  COSTCO WHOLESALE
    CORPORATION, and DOES 1-100,         ***United States Magistrate Judge Dennis M. Cota***
18  inclusive,                           ***Redding Federal Courthouse***
                                         ***2986 Bechelli Lane***
19              Defendants.                             ***Redding, CA  96002***
    _____
20  COSTCO WHOLESALE                     **JOINT STIPULATION TO EXTEND TIME**
    CORPORATION,                         **FOR THIRD PARTY DEFENDANT W.L.**
21                                       **BUTLER CONSTRUCTION, INC. TO**
                                         **RESPOND TO THIRD-PARTY PLAINTIFF**
22              Third-Party Plaintiff,   **COSTCO WHOLESALE**
                                         **CORPORATION'S THIRD-PARTY**
23        v.                             **COMPLAINT; ORDER**

24  W.L. BUTLER CONSTRUCTION, INC.,      **Filed Concurrently With: [Proposed] Order**
    MG2 CORPORATION, O'GRADY             **Third-Party Complaint Sub-Served: 7/23/24;**
25  PAVING, INC., GARCIA STRIPING,       **Response Due: 8/13/24;**
    INC., RUBBERFORM RECYCLED            **New Response Date: 9/10/24**
26  PRODUCTS, LLC, and ROES 1-25,

27              Third-Party Defendants.  **Trial:  None**

28
                                    1
JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT W.L. BUTLER TO RESPOND TO
THIRD-PARTY PLAINTIFF COSTCO WHOLESALE CORPORATION'S THIRD PARTY-COMPLAINT

1   Plaintiff PATRICIA CECILE MCCAY, Defendant and Third-Party Plaintiff COSTCO

2   WHOLESALE CORPORATION ("Costco") and Third-Party Defendant W.L. BUTLER

3   CONSTRUCTION, INC. (the "W.L. Butler"), by and through their respective counsel of record,

4   stipulate and agree to extend the time for the W.L. Butler to respond to Costco's Third-Party

5   Complaint as follows:

6   1. On July 23, 2024, Costco sub-served its Summons and Third-Party Complaint on the

7   W.L. Butler; and mailing occurred on 7/30/24. [Dkt. 15].  Per this service, W.L. Butler's response

8   was due on August 13, 2024.

9   2.  On August 12, 2024, these parties agreed to a 28-day extension of time for W.L. Butler

10   to respond to Costco's Third-Party Complaint to and including September 10, 2024.

11   3. There have not been any prior requests for extensions submitted to the Court by any

12   party. As discussed in Paragraph 2, above, the W.L. Butler has requested, and Plaintiff and

13   Costco granted, a 28-day extension for the W.L. Butler to respond to the Third-Party Complaint

14   pursuant to Local Rule 144, with that response date being September 10, 2024.

15   IT IS SO STIPULATED.

16

17   Dated:  August 12, 2024.                    ADAMSON AHDOOT LLP

18                                                          /s/  Daniel M. Stefanic
                                                   By:_____
19                                                      DANIEL M. STEFANIC
                                                      Attorneys for Plaintiff,
20                                                      PATRICIA CECILE MCCAY

21

22                                               MAIRE & DEEDON
     Dated:  August 12, 2024.
23                                                          /s/  Patrick L. Deedon
                                                   By:_____
24                                                      PATRICK L. DEEDON
                                                      JOHN R. POWELL
25                                                      Attorneys for Third-Party Plaintiff,
                                                      COSTCO WHOLESALE CORPORATION
26

27

28

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA  94612

**JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT W.L. BUTLER TO RESPOND TO THIRD-PARTY PLAINTIFF COSTCO WHOLESALE CORPORATION'S THIRD PARTY-COMPLAINT**

Dated:  August 12, 2024.                     RANKIN, SHUEY, MINTZ,
                                             LAMPASONA & HARPER

                                                  /s/  David T. Shuey
                                             By:_____
                                                  DAVID T. SHUEY
                                                  MICHAEL R. REYNOLDS
                                                  DAMON M. THURSTON
                                                  Attorneys for Third-Party Defendant,
                                                  W.L. BUTLER CONSTRUCTION, INC.

JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT W.L. BUTLER TO RESPOND TO
THIRD-PARTY PLAINTIFF COSTCO WHOLESALE CORPORATION'S THIRD PARTY-COMPLAINT

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612

## <u>ORDER</u>

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff PATRICIA CECILE MCCAY, Third-Party Plaintiff COSTCO WHOLESALE CORPORATION ("Costco"), and Third-Party Defendant W.L. BUTLER CONSTRUCTION, INC. (the "Butler"), and finding GOOD CAUSE thereon, hereby grants the stipulated 28-day extension of time for W.L. Butler to respond to Costco's Third-Party Complaint.

IT IS HEREBY ORDERED that the W.L. Butler's response to Costco's Third-Party Complaint is to be filed on or by September 10, 2024.

DATED: August 12, 2024

_____
Troy L. Nunley
United States District Judge

**JOINT STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT W.L. BUTLER TO RESPOND TO THIRD-PARTY PLAINTIFF COSTCO WHOLESALE CORPORATION'S THIRD PARTY-COMPLAINT**

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612