DAVID T. SHUEY, ESQ. (Bar No. 162087)
Email: shuey@rankinlaw.com
MICHAEL R. REYNOLDS, ESQ. (Bar No. 100126)
Email: reynolds@rankinlaw.com
DAMON M. THURSTON, ESQ. (Bar No. 186861)
Email: thurston@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 City Center
475 14th Street, Suite 650
Oakland, CA 94612
Telephone Number: (510) 433-2600
Facsimile Numbers: (510) 433-2699 and (510) 452-3006

Attorneys for Third-Party Defendant,
W.L. BUTLER CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA CECILE MCCAY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01848-TLN-DMC<br><br>*Case Assigned to:*<br>**United States District Judge Troy L. Nunley**<br>**Robert T. Matsui United States Courthouse**<br>**501 I Street, Courtroom 2, 15th floor**<br>**Sacramento, CA  95814**<br><br>**United States Magistrate Judge Dennis M. Cota**<br>**Redding Federal Courthouse**<br>**2986 Bechelli Lane**<br>**Redding, CA  96002** |
| COSTCO WHOLESALE CORPORATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>W.L. BUTLER CONSTRUCTION, INC., MG2 CORPORATION, O'GRADY PAVING, INC., GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-25,<br><br>Third-Party Defendants. | **W.L. BUTLER CONSTRUCTION, INC.'S CROSS-COMPLAINT**<br><br><br>**Trial:  None** |

*RANKIN, SHUEY, MINTZ,*
*LAMPASONA & HARPER*
*475 14th Street, Suite 650*
*Oakland, CA  94612*

1

W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA 94612

W.L. BUTLER CONSTRUCTION, INC.,

    Third-Party Defendant and
        Cross-Complainant,

    v.

GARCIA STRIPING, INC.,
RUBBERFORM RECYCLED
PRODUCTS, LLC, and ROES 1-10,

    Third-Party Cross-Defendants.

Comes now, Third-Party Defendant and Cross-Complainant W.L. BUTLER CONSTRUCTION, INC., by and through its undersigned counsel, and pursuant to Rules 13 and 14 of the Federal Rules of Civil Procedure and hereby files its cross-complaint against GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-10, and on information and believe alleges as follows:

## I.    THE PARTIES

1.    W.L. BUTLER CONSTRUCTION, INC. is and at all times mentioned was a California Corporation doing business in the State of California.

2.    GARCIA STRIPING, INC. is and at all times mentioned was a California Corporation doing business in the State of California.

3.    RUBBERFORM RECYCLED PRODUCTS, LLC is and at all times mentioned was a New York Limited Liability Company doing business in the State of California.

4.    W.L. BUTLER CONSTRUCTION, INC. is informed and believes and thereon alleges that ROES 1-10 named herein each are somehow legally responsible for those matters herein alleged. W.L. BUTLER CONSTRUCTION, INC. does not at this time know the true names, capacities, or facts giving rise to liability on behalf of ROES 1-10, but will seek leave to amend this cross-complaint to add the true names and or capacities once ascertained.

## II.    JURISDICTION AND VENUE

5.    The Court has ancillary jurisdiction because the claims herein are so related to the claims in the Complaint that they arise out of the subject matter of the original action and involve

///

2

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

the same persons and transaction or occurrence, namely the alleged personal injury of Plaintiff PATRICIA CECILE MCCAY.

6. Venue is proper because the location of the incident and involvement of the Cross-Defendants named herein occurred in Redding, Shasta County, California.

### III.    FACTUAL BACKGROUND

7. Plaintiff PATRICIA CECILE MCCAY filed a Complaint in Shasta County Superior Court, action number 204987, where COSTCO WHOLESALE CORPORATION was named as a Defendant. The action was removed to United States District Court, Eastern District of California, on July 1, 2024. Said Complaint is incorporated herein solely for purposes of reference as though fully set forth at this point.

8. Plaintiff MCCAY alleges injuries and damages as a result of a "trip and fall" incident over a "wheel stop" occurring on February 7, 2023, at 4805 Bechelli Lane, Redding, California.

9. Defendant and Third-Party Plaintiff COSTCO WHOLESALE CORPORATION has filed a Third-Party Complaint in this action naming W.L. BUTLER CONSTRUCTION, INC. as a Third-Party Defendant.

10. W.L. BUTLER CONSTRUCTION, INC. is informed, believes, and alleges thereon that Cross-Defendants herein designed, manufactured, or otherwise sold the "wheel stop" and/or designed, planned, approved, ratified or installed the use of the "wheel stop" at the location of Plaintiff MCCAY's alleged February 7, 2023 "trip and fall" incident.

### FIRST CAUSE OF ACTION
### EQUITABLE INDEMNITY
**(Against all Cross-Defendants Herein)**

11. W.L. BUTLER CONSTRUCTION, INC. incorporates each and every allegation in this Cross-Complaint as if fully stated herein.

12. W.L. BUTLER CONSTRUCTION, INC. has denied the allegations of COSTCO WHOLESALE CORPORATION'S Third-Party Complaint as set forth in its Answer and has denied that COSTCO WHOLESALE CORPORATION is entitled to any recovery whatsoever from W.L. BUTLER CONSTRUCTION therein. However, if any liability exists on the part of

3

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA 94612

W.L. BUTLER CONSTRUCTION, which is specifically denied, then and in that event, said liability would be based on the primary and active conduct of Cross-Defendant(s) herein, and each of them, whose conduct would be active, direct, and primary, whereas W.L. BUTLER CONSTRUCTION'S conduct would be secondary, passive, and indirect

13.    W.L. BUTLER CONSTRUCTION, INC. is informed and believes that GARCIA STRIPING, INC. and ROES 1-5 designed, planned, approved, ratified or installed the use of the "wheel stop" at the location of the incident alleged by Plaintiff MCCAY to have been the instrumentality of her injuries.

14.    W.L. BUTLER CONSTRUCTION, INC. is informed and believes that RUBBERFORM RECYCLED PRODUCTS, LLC and ROES 6-10 designed, manufactured, or otherwise sold the "wheel stop" at the location of the incident alleged by Plaintiff MCCAY to have been the instrumentality of her injuries.

15.    W.L. BUTLER CONSTRUCTION, INC. demands of Cross-Defendants named herein that they indemnify and hold W.L. BUTLER CONSTRUCTION, INC. harmless from any and all liability and costs incurred herein and that said Cross-Defendants have refused and still refuse to defend and indemnify and hold W.L. BUTLER CONSTRUCTION, INC. harmless herein.

16.    By reason of the foregoing and by reason of the entirety of the official court record in this action, an actual and present controversy exists between W.L. BUTLER CONSTRUCTION, INC. and the named Cross-Defendants herein and each of them as to their respective rights, duties, obligations and liabilities. W.L. BUTLER CONSTRUCTION, INC. contends that Cross-Defendant(s), and each of them are obligated to defend, indemnify and hold W.L. BUTLER CONSTRUCTION, INC. harmless as aforesaid in that any liability which exists as to W.L. BUTLER CONSTRUCTION, INC. and their agents and employees arises, if at all, based upon acts of W.L. BUTLER CONSTRUCTION, INC. which were secondary, passive, and indirect while the actions of Cross-Defendants herein and their agents and employees were primary, active and direct. Cross-Defendant(s), and each of them, contend to the contrary.

///

4

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA 94612

17.    As a direct and proximate result of Cross-Defendants' conduct, W.L. BUTLER CONSTRUCTION, INC. has incurred and will continue to incur damages and expenses, including attorneys' fees and costs in defending and prosecuting the instant lawsuit. Further, if and to the extent W.L. BUTLER CONSTRUCTION, INC. is found civilly liable on claims asserted in Plaintiff's Complaint, or in COSTCO WHOLESALE CORPORATION'S Third-Party Complaint, such civil liability was directly and proximately caused by Cross-Defendants.

18.    Cross-Defendants bear an equitable duty to indemnify W.L. BUTLER CONSTRUCTION, INC. for any and all such liability and damages.

WHEREFORE, W.L. BUTLER CONSTRUCTION, INC. prays for judgment as hereinafter set forth.

### SECOND CAUSE OF ACTION
### EQUITABLE CONTRIBUTION
### (Against all Cross-Defendants Herein)

19.    W.L. BUTLER CONSTRUCTION, INC. incorporates each and every allegation in this Cross-Complaint as if fully stated herein.

20.    In the event that W.L. BUTLER CONSTRUCTION, INC. herein incurs liability to Plaintiff or to COSTCO WHOLESALE CORPORATION in the above-described action, said liability should extend only to the amount of the damages which are proportionate to the percentage of negligence or other fault, if any, which is attributable solely to W.L. BUTLER CONSTRUCTION, INC. and no more. W.L. BUTLER CONSTRUCTION, INC. prays that the comparative fault of all parties herein should be determined in this action and responsibility should be determined in accordance with comparative fault principles. W.L. BUTLER CONSTRUCTION, INC. is thereby entitled to contribution, comparative indemnity, and apportionment for any liability imposed upon it as a party in this action.

21.    If W.L. BUTLER CONSTRUCTION, INC. is found to be liable herein with any other Cross-Defendant herein, W.L. BUTLER CONSTRUCTION, INC. prays that it be awarded judgment against said Cross-Defendant, and each of them, so that liability may be apportioned between and/or among W.L. BUTLER CONSTRUCTION, INC. and said Cross-Defendants and each of them in proportion to the percentage of fault attributable to each. Such equitable

5

W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT

indemnification and/or contribution is prayed for pursuant to the decision of *American Motorcycle Association v. Superior Court* (1978) 20 Cal.3d 578.

22.     As a direct and proximate result of Cross-Defendants' conduct, W.L. BUTLER CONSTRUCTION, INC. has incurred and will continue to incur damages and expenses, including attorneys' fees and costs in defending and prosecuting the instant lawsuit. Further, if and to the extent W.L. BUTLER CONSTRUCTION, INC. is found civilly liable on claims asserted in the Complaint or as otherwise asserted by Plaintiff, or in COSTCO WHOLESALE CORPORATION's Third-Party Complaint, such civil liability was directly and proximately caused by Cross-Defendants, and W.L. BUTLER CONSTRUCTION, INC. is entitled to contribution for such liability.

WHEREFORE, W.L. BUTLER CONSTRUCTION, INC. prays for judgment as hereinafter set forth.

**THIRD CAUSE OF ACTION**
**EXPRESS INDEMNITY**
**(Against Defendant GARCIA STRIPING, INC.)**

23.     W.L. BUTLER CONSTRUCTION, INC. incorporates each and every allegation in this Cross-Complaint as if fully stated herein.

24.     W.L. BUTLER CONSTRUCTION, INC. and GARCIA STRIPING, INC. entered into a written contract (hereinafter "Contract") on or about July 1, 2022, in connection with the construction of the Costco location at 4805 Bechelli Lane, Redding, California wherein the subject incident of February 7, 2023, is alleged to have occurred. Pursuant to that Contract, GARCIA STRIPING, INC. (referred to as "Subcontractor" within the agreement) was to performed design and construction work at the Costco location consistent with the scope of work attached to said Contract. A true and correct copy of said Contract between W.L. BUTLER CONSTRUCTION, INC. and GARCIA STRIPING, INC. is attached hereto as Exhibit A and its terms are incorporated by reference herein.

25.     Pursuant to the terms of the written contract, GARCIA STRIPING, INC. is to indemnify W.L. BUTLER CONSTRUCTION, INC. as stated within section 15.1.l, et seq. of the agreement as follows:

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA 94612

6

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA 94612

With the exception that this Section 15 shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the law and public policy of the State of California, Subcontractor shall defend (with counsel of Contractor's choice). protect. indemnify and hold harmless Owner and Contractor including their officers, directors. agents, employees, affiliates, parents and subsidiaries, and each of them,("indemnitee" or "indemnitees") of and from any and all claims, demands, causes of action, damages, costs, expenses, actual attorneys fees, losses and/or liabilities in law or in equity, of every kind and nature whatsoever ("Claims") arising out of, relating to or in connection with Subcontractor's operations to be performed under this Agreement including, but not limited to
(a) Personal injury claims, including, but not limited to, bodily Injury, emotional injury, sickness or disease, or death to persons, including, but not limited to, any employees or agents of Subcontractor, Owner, Contractor or any other subcontractor and/or damage to property of anyone (including loss of use thereof), caused or alleged to be caused in whole or in part of any act or omission of Subcontractor or anyone directly employed by Subcontractor or anyone for whose acts Subcontractor may be liable regardless of whether such personal injury or damage is caused by a party indemnified hereunder unless caused solely by the party(ies) indemnified hereunder;
. . .
Each of the foregoing paragraphs in this Section creates independent duties on the part of Subcontractor which extend to all Claims arising before or after the completion of the work performed by Subcontractor while this Agreement Is in force as well as after its termination.

Such indemnity provisions apply regardless of any active and/or passive negligent act or omission of Indemnitees. Subcontractor, however, shall not be obligated under this Agreement to indemnify an Indemnitee for Claims arising from the sole negligence or willful misconduct of such indemnitee or its agents, employees or independent contractors who are directly responsible to Owner or Contractor. To the extent the Claims arise out of a contract that is subject to Civil Code Section 2782.05, and none of the exceptions set forth in Civil Code Section 2782.05 apply ("Section 2782.05 Claims") Subcontractor shall not be obligated to indemnify Indemnitees to the extent the Section 2782.05 Claims arise out of, pertain to, or relate to the active negligence or willful misconduct of Contractor or other contractor or subcontractor who is responsible to Contractor, or to the extent the Section 2782.05 Claims are for defects in design furnished by Contractor or other contractor or subcontractor who is responsible to the Contractor, or to the extent the Section 2782 .05 Claims do not arise out of the scope of work of Subcontractor pursuant to this Agreement.

26.   The Contract is a valid and enforceable contract.

///

7

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

27.     W.L. BUTLER CONSTRUCTION, INC. has complied with its duties, obligations, and responsibilities under the Contract.

28.     To the extent there is any liability for Plaintiff's claims in the Complaint, or COSTCO WHOLESALE CORPORATION's claims in its Third-Party Complaint against W.L. BUTLER CONSTRUCTION, INC., liability arises from actions taken by Cross-Defendant GARCIA STRIPING, INC.

29.     As a direct and proximate result of Cross-Defendant GARCIA STRIPING, INC.'S conduct, W.L. BUTLER CONSTRUCTION, INC. has incurred and will continue to incur damages and expenses, including attorneys' fees and costs in defending and prosecuting the instant lawsuit. Further, to the extent W.L. BUTLER CONSTRUCTION, INC. is found civilly liable on claims asserted in the Complaint or as otherwise asserted by Plaintiff, or COSTCO WHOLESALE CORPORATION's claims in its Third-Party Complaint, such civil liability was directly and proximately caused by GARCIA STRIPING, INC.

30.     Despite W.L. BUTLER CONSTRUCTION, INC.'s demand for indemnification, GARCIA STRIPING, INC. has failed its obligation to indemnify W.L. BUTLER CONSTRUCTION, INC.

31.     GARCIA STRIPING, INC. bears a contractual duty to indemnify W.L. BUTLER CONSTRUCTION, INC. for any and all such liability and damages asserted by Plaintiff or COSTCO WHOLESALE CORPORATION.

WHEREFORE, W.L. BUTLER CONSTRUCTION, INC. prays for judgment as hereinafter set forth.

## IV.     PRAYER FOR RELIEF

WHEREFORE, W.L. BUTLER CONSTRUCTION, INC. prays for judgment against Cross-Defendant(s) herein, and each of them, as follows:

1.      For indemnification, reimbursement, and to be held harmless and safe from any and all liability and expenses necessary and incident to the defense of the within action and any verdict rendered therein;

///

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612

2.    To be indemnified and reimbursed for the reasonable value of all legal costs, attorney and expert fees expended in defending said action;

3.    For a declaration from the Court regarding the respective rights, duties, and obligations of W.L. BUTLER CONSTRUCTION, INC. and the Cross-Defendants herein;

4.    For a declaration from the Court as to the percentage of fault attributable to W.L. BUTLER CONSTRUCTION, INC., if any, and Cross-Defendants herein, and each of them; and,

5.    For such other and further relief as the Court deems just and proper.

Dated:  September 10, 2024.            RANKIN, SHUEY, MINTZ,
                                       LAMPASONA & HARPER

                                          /s/  David T. Shuey
                                       By:_____
                                          DAVID T. SHUEY
                                          MICHAEL R. REYNOLDS
                                          DAMON M. THURSTON
                                          Attorneys for Third-Party Defendant,
                                          W.L. BUTLER CONSTRUCTION
                                          CONSTRUCTION, INC.

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA  94612

9

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

**PROOF OF SERVICE**

*McCay vs. Costco Wholesale Corporation [adv. W.L. BUTLER CONSTRUCTION, Inc.]*
Case No. 2:24-cv-01848-DMC

I am a resident of the State of California, over 18 years of age and not a party to the within action.  I am employed in the County of Alameda; my business address is: 475 14th Street, Suite 650, Oakland, CA 94612.  On September 10, 2024, I served the within:

**DOCUMENT TITLE HERE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

**SEE ATTACHED SERVICE LIST.**

☐   (*STATE*) **I** declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

√   *(FEDERAL)* I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

**[XX]   CM/ECF NOTICE OF ELECTRONIC FILING – electronically filing the documents with the Clerk of Court using the CM/ECF system.  Participants in this case who are registered ECF users are served by the CM/ECF system.**

Executed on September 10, 2024, at Oakland, California.

/s/  Robin K. Young

Robin K. Young

RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612

10

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**

**RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER**
475 14ᵗʰ Street, Suite 650
Oakland, CA 94612

## SERVICE LIST

| **Attorney for Plaintiff, PATRICIA CECILE McCAY:** | **Attorneys for Defendant and Third-Party Plaintiff, COSTCO WHOLESALE CORPORATION:** |
|---|---|
| Daniel Stefanic, Esq. (329078)<br>Adamson Ahdoot LLP<br>1150 S. Robertson Blvd.<br>Los Angeles, CA 90035-1404<br>T: (310) 888-0024 \| F: (310) 895-4665<br>Email: daniel@aa.law; frederick@aa.law; mia@aa.law | Patrick L. Deedon, Esq.<br>John R. Powell, Esq.<br>Maire & Deedon<br>2851 Park Marina Drive, Suite 300<br>Redding, CA 96001-2813<br>T: (530) 246-6050 \| F: (530) 246-6060<br>Email: pdeedon@maire-law.com; jpowell@maire-law.com; lmorrison@maire-law.com |
| | **Attorneys for Third-Party Defendant, MG2 CORPORATION:**<br><br>Unknown |
| | **Attorneys for Third-Party Defendant, O'GRADY PAVING, INC.:**<br><br>Unknown |
| | **Attorneys for Third-Party Defendant, GARCIA STRIPING, INC.:**<br><br>Unknown |
| | **Attorneys for Third-Party Defendant, RUBBERFORM RECYCLED PRODUCTS, LLC:**<br><br>Unknown |

11

**W.L. BUTLER CONSTRUCTION'S CROSS-COMPLAINT**