MONIKA D. TROIKE, SBN 306914
**JONES & DYER**
A Professional Corporation
3031 F Street, Suite 101
Sacramento, CA 95816
Telephone: (916) 552-5959
mtroike@jonesdyer.com
sdeboer@jonesdyer.com
support@jonesdyer.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA CECILE MCCAY, an Individual, | Case No. 2:24-CV-01848-DMC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY CROSS-COMPLAINT AS TO THIRD PARTY DEFENDANT O'GRADY PAVING, INC.** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive | |
| Defendants. | |
| COSTCO WHOLESALE CORPORATION, | |
| Third-Party Plaintiff, | |
| vs. | |
| W.L. BUTLER CONSTRUCTION, INC., MG2 CORPORATION, O'GRADY PAVING, INC., GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-25, | |
| Third-Party Defendants. | |

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY CROSS-COMPLAINT AS TO THIRD PARTY DEFENDANT O'GRADY PAVING, INC.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Third Party Plaintiff Costco Wholesale Corporation hereby gives notice that the third party cross-complaint is voluntarily dismissed without prejudice as to Third-Party Defendant O'Grady Paving, Inc. See Fed. R. Civ. P. 41(a)(1)(B).

Defendant O'Grady Paving, Inc. has not served an answer or motion for summary judgment in this action.

Date: February 3, 2025                                     JONES & DYER

                                                           By: */s/ Monika D. Troike*
                                                               MONIKA D. TROIKE
                                                               Attorneys for Defendant
                                                               COSTCO WHOLESALE
                                                               CORPORATION

*Patricia Cecile McCay v. Costco Wholesale Corporation*
Eastern District Case No. 2:24-CV-01848-DMC

**PROOF OF SERVICE**

CCP Sections 1013a, 2015.5 and Rules of Court, Rule 2008

I, Ashley Velasquez, declare as follows:

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business address is: **3031 F Street, Suite 101, Sacramento, CA 95816.**

On February 3, 2025, I served the parties indicated on the attached Service List the foregoing document(s) described as:

***NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY CROSS-COMPLAINT AS TO THIRD PARTY DEFENDANT O'GRADY PAVING, INC.***

☐   **(by mail)** I deposited such envelope in the mail at Sacramento, California with the postage thereon fully prepaid. I am aware that on the motion of the party served, the service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(by overnight delivery)** by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a collection box at Sacramento, California, and addressed as set forth below.

☐   **(by personal service)** I caused such envelope to be delivered by hand via messenger service to the address above;

☒   **(by electronic service)** on all parties by transmitting said document(s) from our offices by e-mail (support@jonesdyer.com) to e-mail addresses shown on the attached Service List.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

DATED: February 3, 2025              */s/ Ashley Velasquez*
                                     **Ashley Velasquez**

3

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY CROSS-COMPLAINT AS TO THIRD PARTY DEFENDANT O'GRADY PAVING, INC.

*Patricia Cecile McCay v. Costco Wholesale Corporation*
Eastern District Case No. 2:24-CV-01848-DMC

## SERVICE LIST

| | |
|---|---|
| Daniel Stefanic, Esq.<br>Adamson Ahdoot LLP<br>1150 S. Robertson Blvd.<br>Los Angeles, CA 90035 | T: 310-888-0024<br><br>daniel@aa.law<br>frederick@aa.law<br>mia@aa.law<br><br>*Counsel for Plaintiff PATRICIA CECILE MCCAY* |
| David Todd Shuey<br>Rankin, Shuey, Mintz, Lampasona & Harper<br>475 City Center<br>475 14th Street, Suite 650<br>Oakland, CA 94612 | T: 510-433-2600<br><br>shuey@rankinlaw.com<br><br>*Counsel for Defendant W. L. BUTLER CONSTRUCTION, INC.* |
| Rey S. Yang, Esq.<br>Yang Professional Law Corporation<br>80 S. Lake Avenue, Ste. 720<br>Pasadena, CA 91101 | T: 626-921-4300<br><br>ryang@yangpc.com<br>sguerra@yangpc.com<br><br>*Counsel for Defendant MG2 CORPORATION* |
| Raymond A. Green, III<br>William K. Bliss<br>Burnham Brown<br>2125 Oak Grove Road, Suite 105<br>Walnut Creek, CA 94598-2537 | T : 510-444-6800<br><br>rgreene@burnhambrown.com<br>wbliss@burnhambrown.com<br><br>*Counsel for Third-Party Defendant and Third-Party Cross-Defendant RUBBERFORM RECYCLED PRODUCTS, LLC* |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY CROSS-COMPLAINT AS TO THIRD PARTY DEFENDANT O'GRADY PAVING, INC.