1  MONIKA D. TROIKE, SBN 306914
   **JONES & DYER**
2  A Professional Corporation
   3031 F Street, Suite 101
3  Sacramento, CA 95816
   Telephone: (916) 552-5959
4  mtroike@jonesdyer.com
   sdeboer@jonesdyer.com
5  support@jonesdyer.com

6  Attorneys for Defendant
7  COSTCO WHOLESALE CORPORATION

8

9                  UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 PATRICIA CECILE MCCAY, an Individual,    Case No. 2:24-CV-01848-TLN-DMC

13         Plaintiff,
                                            **STIPULATION FOR DIMISSSAL
14    vs.                                   [FRCP 41(A)]; AND ORDER OF
                                            DISMISSAL**
15 COSTCO WHOLESALE CORPORATION,
   and DOES 1-100, inclusive
16
           Defendants.
17
   ─────────────────────────────
18
   COSTCO WHOLESALE CORPORATION,
19
           Third-Party Plaintiff,
20
      vs.
21
   W.L. BUTLER CONSTRUCTION, INC., MG2
22 CORPORATION, O'GRADY PAVING, INC.,
   GARCIA STRIPING, INC., RUBBERFORM
23 RECYCLED PRODUCTS, LLC, and ROES 1-
   25,
24
           Third-Party Defendants.
25 ─────────────────────────────

26

27

28

                                     1

The parties, by and through their respective counsel, hereby stipulate that COSTCO WHOLESALE CORPORATION's Third Party Complaint shall be dismissed as to Third-Party Defendant MG2 CORPORATION only. This dismissal includes all claims for relief and causes of action of any kind with respect to Third-Party Defendant MG2 CORPORATION, and the parties further stipulate that Third-Party Defendant MG2 CORPORATION is to bear its own costs and attorneys' fees, if any.

Date: July 9, 2025                                                  JONES & DYER

By:_____/s/ Monika D. Troike_____
    MONIKA D. TROIKE
    Attorneys for Defendant
    COSTCO WHOLESALE
    CORPORATION

Date: July 10, 2025                                                 ADAMSON AHDOOT LLP

By:_____/s/_____
    DANIEL STEFANIC, ESQ.
    Attorneys for Plaintiff
    PATRICIA CECILE MCCAY

Date: August 7, 2025                                                RANKIN, SHUEY, MINTZ,
                                                                                                    LAMPASONA & HARPER

By:_____/s/_____
    DAVID TODD SHUEY
    Attorneys for Defendant
    W. L. BUTLER CONSTRUCTION,
    INC.

///

| | |
|---|---|
| Date:  July 10, 2025 | YANG PROFESSIONAL LAW CORPORATION |
| | |
| | By:_____/s/_____ |
| | REY S. YANG, ESQ. |
| | STEPHANIE GUERRA |
| | Attorneys for Third-Party Defendant |
| | MG2 CORPORATION |
| | |
| Date:  July 11, 2025 | BURNHAM BROWN |
| | |
| | By:_____/s/_____ |
| | RAYMOND A. GREEN, III |
| | WILLIAM K. BLISS |
| | Attorneys for Third-Party Defendant/Third-Party Cross-Defendant |
| | RUBBERFORM RECYCLED PRODUCTS, LLC |
| | |
| Date:  July 11, 2025 | LAW OFFICE OF PATRICK J. CAMPBELL |
| | |
| | By:___/s/_____ |
| | DAN KIM |
| | Attorneys for Third-Party Defendant |
| | GARCIA STRIPING INC. |

///

STIPULATION FOR DIMISSSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL

**ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT Third-Party Defendant MG2 CORPORATION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with Third-Party Defendant MG2 CORPORATION bearing that party's own attorney's fees and costs.

Dated: August 8, 2025

_____
Troy L. Nunley
Chief United States District Judge