MONIKA D. TROIKE, SBN 306914
**JONES & DYER**
A Professional Corporation
3031 F Street, Suite 101
Sacramento, CA 95816
Telephone: (916) 552-5959
mtroike@jonesdyer.com
sdeboer@jonesdyer.com
support@jonesdyer.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA CECILE MCCAY, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive <br><br> Defendants. | Case No. 2:24-CV-01848-DMC <br><br> **STIPULATION FOR DIMISSSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL** |
| COSTCO WHOLESALE CORPORATION, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> W.L. BUTLER CONSTRUCTION, INC., MG2 CORPORATION, O'GRADY PAVING, INC., GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-25, <br><br> Third-Party Defendants. | |

The parties, by and through their respective counsel, hereby stipulate that COSTCO WHOLESALE CORPORATION's Third Party Complaint shall be dismissed without prejudice as to Third-Party Defendant W.L. BUTLER CONSTRUCTION, INC. only. This dismissal includes all claims for relief and causes of action of any kind with respect to Third-Party Defendant W.L. BUTLER CONSTRUCTION, INC., and the parties further stipulate that Third-Party Defendant W.L. BUTLER CONSTRUCTION, INC. is to bear its own costs and attorneys' fees, if any.

Date: August 7, 2025                                    JONES & DYER

                                                        By:  /s/ Monika D. Troike
                                                             MONIKA D. TROIKE
                                                             Attorneys for Defendant
                                                             COSTCO WHOLESALE
                                                             CORPORATION

Date: August 13, 2025                                   ADAMSON AHDOOT LLP

                                                        By:  /s/ Daniel M. Stefanic
                                                             DANIEL STEFANIC, ESQ.
                                                             Attorneys for Plaintiff
                                                             PATRICIA CECILE MCCAY

Date: August 7, 2025                                    RANKIN, SHUEY, MINTZ,
                                                        LAMPASONA & HARPER

                                                        By:  /s/David T. Shuey
                                                             DAVID TODD SHUEY
                                                             Attorneys for Defendant
                                                             W. L. BUTLER CONSTRUCTION,
                                                             INC.

///

1 | Date:   8/7/25

YANG PROFESSIONAL LAW CORPORATION

By: _____
REY S. YANG, ESQ.
STEPHANIE GUERRA
Attorneys for Third-Party Defendant
MG2 CORPORATION

Date:  August 21, 2025

BURNHAM BROWN

By: _____
RAYMOND A. GREEN, III
WILLIAM K. BLISS
Attorneys for Third-Party
Defendant/Third-Party Cross-Defendant
RUBBERFORM RECYCLED PRODUCTS, LLC

Date:

LAW OFFICE OF PATRICK J. CAMPBELL

By: _____
DAN KIM
Attorneys for Third-Party Defendant
GARCIA STRIPING INC.

///

1  Date:                                              YANG PROFESSIONAL LAW
2                                                     CORPORATION
3
4                                              By:_____
5                                                     REY S. YANG, ESQ.
                                                      STEPHANIE GUERRA
                                                      Attorneys for Third-Party Defendant
6                                                     MG2 CORPORATION
7
8  Date:                                              BURNHAM BROWN
9
10
11                                             By:_____
                                                      RAYMOND A. GREEN, III
                                                      WILLIAM K. BLISS
12                                                    Attorneys for Third-Party
                                                      Defendant/Third-Party Cross-Defendant
13                                                    RUBBERFORM RECYCLED
                                                      PRODUCTS, LLC
14
15
16 Date: August 8, 2025                               LAW OFFICE OF PATRICK J. CAMPBELL
17
18                                             By:_____
19                                                    DAN KIM
                                                      Attorneys for Third-Party Defendant
20                                                    GARCIA STRIPING INC.
21
22
23
24
25
26
27
28 ///

3
STIPULATION FOR DIMISSSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL

**ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT Third-Party Defendant W.L. BUTLER CONSTRUCTION, INC. BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with Third-Party Defendant W.L. BUTLER CONSTRUCTION, INC. bearing that party's own attorney's fees and costs.

Dated:

_____
TROY L. NUNLEY
UNITED STATES CHIEF DISTRICT JUDGE

*Patricia Cecile McCay v. Costco Wholesale Corporation*
Eastern District Case No. 2:24-CV-01848-DMC

## PROOF OF SERVICE

CCP Sections 1013a, 2015.5 and Rules of Court, Rule 2008

I, Ashley Velasquez, declare as follows:

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business address is: **3031 F Street, Suite 101, Sacramento, CA 95816.**

On August 21, 2025, I served the parties indicated on the attached Service List the foregoing document(s) described as:

**STIPULATION FOR DIMISSSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL**

☐ **(by mail)** I deposited such envelope in the mail at Sacramento, California with the postage thereon fully prepaid. I am aware that on the motion of the party served, the service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(by overnight delivery)** by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a collection box at Sacramento, California, and addressed as set forth below.

☐ **(by personal service)** I caused such envelope to be delivered by hand via messenger service to the address above;

☒ **(by electronic service)** on all parties by transmitting said document(s) from our offices by e-mail (support@jonesdyer.com) to e-mail addresses shown on the attached Service List.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

DATED: August 21, 2025

_____
Ashley Velasquez

*Patricia Cecile McCay v. Costco Wholesale Corporation*
Eastern District Case No. 2:24-CV-01848-DMC

## SERVICE LIST

| | |
|---|---|
| Daniel Stefanic, Esq.<br>Adamson Ahdoot LLP<br>1150 S. Robertson Blvd.<br>Los Angeles, CA 90035 | T: 310-888-0024<br><br>daniel@aa.law<br>frederick@aa.law<br>mia@aa.law<br>thais@aa.law<br><br>***Counsel for Plaintiff PATRICIA CECILE MCCAY*** |
| David Todd Shuey<br>Rankin, Shuey, Mintz, Lampasona & Harper<br>475 City Center<br>475 14th Street, Suite 650<br>Oakland, CA 94612 | T: 510-433-2600<br><br>shuey@rankinlaw.com<br><br>***Counsel for Defendant W. L. BUTLER CONSTRUCTION, INC.*** |
| Raymond A. Green, III<br>William K. Bliss<br>Burnham Brown<br>2125 Oak Grove Road, Suite 105<br>Walnut Creek, CA 94598-2537 | T : 510-444-6800<br><br>rgreene@burnhambrown.com<br>wbliss@burnhambrown.com<br><br>***Counsel for Third-Party Defendant and Third-Party Cross-Defendant RUBBERFORM RECYCLED PRODUCTS, LLC*** |
| Dan Kim<br>Law Office of Patrick J. Campbell<br>925 Highland Pointe Drive, Suite 420<br>Roseville, CA 95678-5427 | T: 916-630-3803<br><br>dkim@unitedfiregroup.com<br><br>***Counsel for Third-Party Defendant GARCIA STRIPING INC.*** |