DAVID T. SHUEY, ESQ. (Bar No. 162087)
Email: shuey@rankinlaw.com
DAMON M. THURSTON, ESQ. (Bar No. 186861)
Email: thurston@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 City Center
475 14th Street, Suite 650
Oakland, CA 94612
Telephone Number:  (510) 433-2600
Facsimile Numbers:  (510) 433-2699 and (510) 452-3006

Attorneys for Third-Party Defendant, and Third-
Party Cross-Complainant,
W.L. BUTLER CONSTRUCTION, INC.

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA CECILE MCCAY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive,<br><br>Defendants.<br>_____<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>W.L. BUTLER CONSTRUCTION, INC., MG2 CORPORATION, O'GRADY PAVING, INC., GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-25,<br><br>Third-Party Defendants.<br>_____<br><br>W.L. BUTLER CONSTRUCTION, INC.,<br><br>Third-Party Defendant and Cross-Complainant, | Case No. 2:24-cv-01848-TLN-DMC<br><br>*Case Assigned to:*<br>**United States District Judge Troy L. Nunley**<br>**Robert T. Matsui United States Courthouse**<br>**501 I Street, Courtroom 2, 15th floor**<br>**Sacramento, CA  95814**<br><br>**United States Magistrate Judge Dennis M. Cota**<br>**Redding Federal Courthouse**<br>**2986 Bechelli Lane**<br>**Redding, CA  96002**<br><br>**STIPULATION FOR DISMISSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL** |

1

**STIPULATION FOR DISMISSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL**

v.

GARCIA STRIPING, INC.,
RUBBERFORM RECYCLED
PRODUCTS, LLC, and ROES 1-10,

Third-Party Cross-
Defendants.

The parties, by and through their respective counsel, hereby stipulate that W.L. BUTLER CONSTRUCTION, INC.'s Third Party Complaint shall be dismissed without prejudice as to Third-Party Defendants GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC. and ROES 1-10. This dismissal includes all claims for relief and causes of action of any kind with respect to Third-Party Defendants, and the parties further stipulate that Third-Party Defendants are to bear its own costs and attorneys' fees, if any.

Dated:  September 18, 2025.                    JONES & DYER

                                              /s/Monika D. Trioke

                                       By:_____
                                              MONIKA D. TRIOKE, ESQ.
                                              Attorneys for Defendant,
                                              COSTCO WHOLESALE CORPORATION

Dated:  September 18, 2025.                    SACINO BERTOLINO & HALLISSY

                                              /s/John P. Hallissy
                                       By:_____
                                              JOHN P. HALLISSY, ESQ.
                                              Attorneys for Defendant,
                                              COSTCO WHOLESALE CORPORATION

Dated:  September 18, 2025.                    ADAMSON AHDOOT, LLP

                                              /s/ Daniel M. Stefanic
                                       By:_____
                                              DANIEL STEFANIC, ESQ.
                                              Attorneys for Plaintiff,
                                              PATRICIA CECILE MCCAY

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612

2

**STIPULATION FOR DISMISSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL**

Dated:  September 18, 2025.                    BURNHAM BROWN

                                              /s/Raymond Greene, Esq.

                                       By:_____
                                              RAYMOND A. GREENE, III
                                              WILLIAM K. BLISS
                                              Attorneys for Third Party Defendant,
                                              RUBBERFORM RECYCLED PRODUCTS

Dated:  September 18, 2025.                    LAW OFFICE OF PATRICK J. CAMPBELL

                                              /s/Dan Kim, Esq.

                                       By:_____
                                              DAN KIM
                                              Attorneys for Third Party Defendant,
                                              GARCIA STRIPING, INC.

Dated:  September 18, 2025.                    RANKIN, SHUEY, MINTZ,
                                              LAMPASONA & HARPER

                                              /s/David T. Shuey
                                       By:_____
                                              DAVID T. SHUEY
                                              DAMON M. THURSTON
                                              Attorneys for Third-Party Defendant,
                                              W.L. BUTLER CONSTRUCTION, INC.

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612

3

**STIPULATION FOR DISMISSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL**

## <u>ORDER OF DISMISSAL</u>

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT Third-Party Defendants GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC. and ROES 1-10, BE, AND HEREBY ARE, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties from W.L. BUTLER CONSTRUCTION, INC.'s Third Party Complaint, with Third-Party Defendants GARCIA STRIPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC. and ROES 1-10 bearing that party's own attorney's fees and costs.

Dated: _____

TROY L. NUNLEY

UNITED STATES CHIEF DISTRICT JUDGE

**RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER**
475 14th Street, Suite 650
Oakland, CA 94612

4

**STIPULATION FOR DISMISSAL [FRCP 41(A)]; AND ORDER OF DISMISSAL**