# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CECILE MCCAY, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive,<br>            Defendants. | CASE NO. 2:24-CV-01848-TLN-DMC<br><br>*Assigned for All Purposes to:*<br>*Hon. Troy L. Nunley*<br>*Courtroom 2*<br><br>**ORDER GRANTING THE PARTIES FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER TO CONTINUE TRIAL AND RELATED DATES**<br><br>*Current Trial Date: Not Set* |
| COSTCO WHOLESALE CORPORATION<br><br>            Third-Party Plaintiff,<br><br>    vs.<br><br>W.L. BUTLER CONSTRUCTION, INC., MG2 CORPORATION, O'GRADY PAVING, INC., GARCIA STRIPPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-25<br>            Third-Party Defendants. | |

1

**ORDER GRANTING THE PARTIES FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER**

W.L. BUTLER CONSTRUCTION, INC.
          Third-Party Defendant and
                    Cross-Complainant,

          vs.

GARCIA STRIPING, INC.,
RUBBERFORM RECYCLED
PRODUCTS LLC., and ROES 1-10
               Third-Pary Cross-Defendants.

Pursuant to the Stipulation of the parties and for good cause shown, the Court modifies its Scheduling Order as follows:

- July 13, 2026          Fact Discovery Cut off (FDC)
- September 11, 2026      Initial Expert Designations (60 days after FDC)
- October 9, 2026         Supplemental Expert Designations (30 days after Initial Expert Designations, 90 days after FDC)
- December 10, 2026       Supplemental Discovery Cut Off (Experts) (30 Days prior to Dispositive Motion Hearing cut off, 150 Days after FDC)
- January 8, 2027         Dispositive Motion Hearing Cut off (180 days after FDC)
- 30 Days after rulings   Joint Notice of Trial Readiness with proposed trial dates.

**IT IS SO ORDERED.**

Dated: January 21, 2026          _____
                                 Troy L. Nunley
                                 Chief United States District Judge

2
**ORDER GRANTING THE PARTIES FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER**