ADAMSON AHDOOT LLP
Alan A. Ahdoot, Esq. (SBN 238594)
alan@aa.law
Christopher B. Adamson, Esq. (SBN 238500)
christopher@aa.law
Daniel M. Stefanic, Esq. (SBN 329078)
daniel@aa.law
1122 S. La Cienega Blvd.
Los Angeles, California 90035
Tel: (310) 888-0024

Attorneys for Plaintiff
PATRICIA CECILE MCCAY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CECILE MCCAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive,<br><br>Defendants.<br><hr>COSTCO WHOLESALE CORPORATION<br>Third-Party Plaintiff,<br><br>vs.<br><br>W.L. BUTLER CONSTRUCTION, INC., MG2 CORPORATION, O'GRADY PAVING, INC., GARCIA STRIPPING, INC., RUBBERFORM RECYCLED PRODUCTS, LLC, and ROES 1-25<br>Third-Party Defendants. | **Case No.: 2:24-CV-01848-TLN-DMC**<br><br>**DISCOVERY MATTER:**<br><br>**_Assigned to:_**<br><br>_United States District Judge Troy L. Nunley_<br>_Robert T. Matsui United States Courthouse_<br><br>_U.S. Magistrate Judge Dennis M. Cota_<br>_Redding Federal Courthouse_<br><br>**DECLARATION OF DANIEL M. STEFANIC ISO PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF DEFENDANT COSTCO WHOLESALE CORPORATION'S PERSON MOST QUALIFIED; REQUEST FOR REMOTE APPEARANCE AT HEARING; REQUEST FOR MONETARY SANCTIONS**<br><br>**[_filed concurrently with Motion to Compel and Proposed Order_]**<br><br>**Date:** August 5, 2026<br>**Time:** 10:00 a.m.<br>**Location:** Courtroom 304<br><br>**Complaint Filed:** 05/14/2024<br>**Trial Date:** None |

///

---

1
DECLARATION OF DANIEL M. STEFANIC ISO MOTION TO COMPEL PMQ DEPOSITION

## DECLARATION OF DANIEL M. STEFANIC

I, DANIEL M. STEFANIC, declare:

1. I am an attorney duly admitted to practice law before all the courts of the State of California and the United States District Court for the Eastern District of California. I am an associate trial attorney at Adamson Ahdoot LLP, counsel of record for Plaintiff Patricia Cecile McCay. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them. I make this declaration in support of Plaintiff's Motion to Compel the Deposition of Defendant Costco Wholesale Corporation's Person Most Qualified.

2. This action arises out of a February 7, 2023 trip and fall by Plaintiff in the parking lot of Defendant Costco Wholesale Corporation's store located at approximately 4805 Bechelli Lane, Redding, California. Plaintiff filed her complaint in this Court on May 14, 2024.

3. On September 19, 2025, my office served on counsel for Costco, by electronic mail, the proposed categories for the deposition of Costco's Person Most Qualified (sixteen (16) categories in total) and proposed dates of October 13, 14, 15, 16, 20, or 21, 2025. Costco did not respond. A true and correct copy of the September 19, 2025 email is attached hereto as **Exhibit A**.

4. On October 22, 2025, my office sent counsel for Costco a letter following up on the lack of response. Costco did not respond. A true and correct copy of the October 22, 2025 letter is attached hereto as **Exhibit B**.

5. On November 20, 2025, more than two months after first serving the categories and receiving no response, I caused to be served on counsel for Costco a Notice of Video Deposition of the Person Most Qualified for Defendant Costco Wholesale Corporation with Notice of Intent to Videotape, setting the deposition for December 22, 2025 at 1:00 p.m. via Zoom. A true and correct copy of the November 20, 2025 Notice is attached hereto as **Exhibit C**.

6. Concurrent with service of the November 20, 2025 Notice, I sent counsel for Costco a meet and confer letter that, among other things, again requested alternative dates of availability if December 22 did not work. A true and correct copy of the November 20, 2025 letter is attached hereto as **Exhibit D**.

7. That same day, Mr. John P. Hallissy of Sacino, Bertolino & Hallissy, APC emailed stating he was not available on December 22, 2025, and asserting that the date had been "blind set." I responded by email, attaching the September 19, 2025 communication in which my office had requested dates and to which Costco had not responded. A true and correct copy of the November 20-21, 2025 email thread is attached hereto as **Exhibit E**.

8. On December 11, 2025, Ms. Dillon A. Fleming, on behalf of Costco, served a one-paragraph objection to the November 20, 2025 Notice, asserting that no Rule 30(b)(6) meet and confer had occurred and refusing to produce a witness on the noticed date. A true and correct copy of the December 11, 2025 objection is attached hereto as **Exhibit F**.

9. On April 15, 2026, I sent counsel for Costco a detailed meet and confer letter regarding the PMQ deposition, identifying all 16 categories, recounting the prior September 19, 2025 and November 20, 2025 outreach, and proposing dates of May 13, 20 (afternoon), 21, 22, 25, and 28, 2026. A true and correct copy of the April 15, 2026 letter is attached hereto as **Exhibit G**.

10. On April 16, 2026, Ms. Fleming reached out by email and voicemail to discuss the categories. We arranged to speak by telephone on April 17, 2026 at 12:30 p.m. **On April 17, 2026, Ms. Fleming and I met and conferred substantively by telephone regarding the scope of the PMQ deposition. During that conversation, I agreed to narrow, modify, and/or eliminate certain categories contained in both the November 20, 2025 Notice of Deposition and the April 15, 2026 meet and confer letter. The parties reached agreement on a set of categories appropriately limited in geographic scope (to the subject premises**

DECLARATION OF DANIEL M. STEFANIC ISO MOTION TO COMPEL PMQ DEPOSITION

located at approximately 4805 Bechelli Lane in Redding, California) and in time (typically one year before, or the first date of public access, to six months following the incident). A true and correct copy of the April 16-30, 2026 email thread reflecting the call is attached hereto as **Exhibit H**.

11. **On May 1, 2026, consistent with the parties' April 17, 2026 telephonic agreement, my office served on counsel for Costco a revised meet and confer letter setting forth the deposition categories exactly as agreed upon during the April 17, 2026 conference.** The revised, appropriately limited categories reduced the total from sixteen (16) to fourteen (14) and incorporated the parties' agreed-upon geographic and temporal limitations. The letter expressly stated: "Please provide dates for the depo as soon as possible or we will have to unilaterally notice the deposition due to the constraints of time." A true and correct copy of the May 1, 2026 letter is attached hereto as **Exhibit I**.

12. On May 11, 2026, Ms. Fleming emailed: "I have submitted the categories to our client and are waiting to hear back as to the identity of the individual or individuals so as to be able to coordinate dates. I will let you know as soon as possible." That was the last substantive communication from Costco regarding the identity of the witness. A true and correct copy of the May 11, 2026 email thread is attached hereto as **Exhibit J**.

13. Having received no further correspondence from Costco and under the pressure of the Court's scheduling order, on June 2, 2026, my office served an Amended Notice of Video Deposition of the Person Most Qualified for Defendant Costco Wholesale Corporation with Notice of Intent to Videotape, setting the deposition for June 30, 2026 at 10:00 a.m. via Zoom, **incorporating the appropriately limited deposition categories exactly as set forth in the May 1, 2026 letter — the very categories Costco itself had agreed to during the April 17, 2026 meet and confer.** A true and correct copy of the Amended Notice is attached hereto as **Exhibit K**.

DECLARATION OF DANIEL M. STEFANIC ISO MOTION TO COMPEL PMQ DEPOSITION

14. Costco did not respond to the Amended Notice until the morning of June 25, 2026, five (5) days before the scheduled deposition. On that date, my office's paralegal, Frederick Arnhoelter, emailed Ms. Fleming at 9:30 a.m. to confirm the deposition. Ms. Fleming responded at 9:48 a.m.: "No, it is not. I am working on narrowing down the people and should have dates soon." A true and correct copy of the June 25, 2026 email thread is attached hereto as **Exhibit L**.

15. That same day, June 25, 2026, I sent counsel for Costco a meet and confer letter that (a) recounted the nine-month history above; (b) requested an Informal Discovery Conference with Magistrate Judge Cota on either Wednesday, July 1, 2026 or Wednesday, July 8, 2026, both of which I had confirmed with the Court were available; (c) requested Costco's confirmation of an IDC date by the close of business on Friday, June 26, 2026; and (d) advised Costco that Plaintiff would file the present Motion to Compel on June 26, 2026 regardless of the status of the IDC, given the proximity of the July 13, 2026 fact discovery cutoff. **The letter further committed that, should the parties reach a resolution at or before the IDC, Plaintiff would withdraw this Motion.** A true and correct copy of the June 25, 2026 letter is attached hereto as **Exhibit N**.

16. On January 21, 2026, this Court entered an Order Granting the Parties First Stipulation to Modify the Scheduling Order. That Order set the fact discovery cutoff at July 13, 2026. A true and correct copy of the January 21, 2026 Order is attached hereto as **Exhibit M**.

17. My standard hourly rate for matters of this complexity is $450.00. To date, I have personally expended the following time on this Motion: 2.4 hours reviewing the underlying correspondence and Notices, drafting the June 25, 2026 meet and confer letter, and reviewing Costco's response; 6.6 hours drafting the present Motion, Memorandum, and Declaration and compiling exhibits; and 1.8 hours reviewing and revising the same prior to filing. The total time expended is 10.8 hours, for a total fee of $4,860.00. I anticipate, based on prior experience, that I

DECLARATION OF DANIEL M. STEFANIC ISO MOTION TO COMPEL PMQ DEPOSITION

will expend an additional approximately four (4) hours preparing a reply brief and appearing at the hearing on this Motion.

18. The fees and costs sought by way of this Motion would not have been incurred but for Costco's refusal, over a period of more than nine (9) months and 55 days after the parties reached agreement on the scope of the deposition, to identify a witness or provide firm dates for the PMQ deposition.

19. Plaintiff's counsel's offices are located in Los Angeles, California, more than five hundred (500) miles from the Redding Federal Courthouse. Travel to Redding for the August 5, 2026 hearing on this Motion would impose substantial cost and time burdens that can be avoided by remote appearance. The issues to be addressed at the hearing can be effectively presented and resolved through Zoom or other remote conference platform designated by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of June, 2026, at Los Angeles, California.

_/s/ Daniel M. Stefanic_
Daniel M. Stefanic, Esq.,
Declarant

## INDEX OF EXHIBITS

**Exhibit A**    September 19, 2025 Email from Frederick Arnhoelter to Costco counsel proposing PMQ categories and requesting available dates

**Exhibit B**    October 22, 2025 Letter from Daniel M. Stefanic to Monika D. Troike regarding overdue discovery responses

**Exhibit C**    November 20, 2025 Plaintiff's Notice of Video Deposition of the Person Most Qualified for Defendant Costco Wholesale Corporation with Notice of Intent to Videotape

DECLARATION OF DANIEL M. STEFANIC ISO MOTION TO COMPEL PMQ DEPOSITION

**Exhibit D**    November 20, 2025 Letter from Daniel M. Stefanic regarding overdue discovery and PMQ deposition

**Exhibit E**    November 20-21, 2025 Email thread among Frederick Arnhoelter, John P. Hallissy, and Daniel M. Stefanic regarding PMQ deposition date

**Exhibit F**    December 11, 2025 Defendant Costco Wholesale Corporation's Objection to Plaintiff's Notice of Deposition

**Exhibit G**    April 15, 2026 Letter from Daniel M. Stefanic regarding meet and confer for PMQ deposition

**Exhibit H**    April 16-30, 2026 Email thread between Daniel M. Stefanic and Dillon A. Fleming reflecting telephonic meet and confer of April 17, 2026

**Exhibit I**    May 1, 2026 Letter from Daniel M. Stefanic setting forth the deposition categories as agreed upon during the April 17, 2026 telephonic meet and confer

**Exhibit J**    May 11, 2026 Email thread between Daniel M. Stefanic and Dillon A. Fleming regarding identification of witnesses

**Exhibit K**    June 2, 2026 Plaintiff's Amended Notice of Video Deposition of the Person Most Qualified for Defendant Costco Wholesale Corporation with Notice of Intent to Videotape

**Exhibit L**    June 25, 2026 Email thread between Frederick Arnhoelter and Dillon A. Fleming confirming the June 30, 2026 deposition would not go forward

**Exhibit M**    January 21, 2026 Order Granting the Parties First Stipulation to Modify the Scheduling Order

**Exhibit N**    June 25, 2026 Meet and Confer Letter and Request for Informal Discovery Conference from Daniel M. Stefanic

DECLARATION OF DANIEL M. STEFANIC ISO MOTION TO COMPEL PMQ DEPOSITION

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1122 S. La Cienega Blvd., Los Angeles, California 90035.

On June 26, 2026, I served the foregoing document, described as **DECLARATION OF DANIEL M. STEFANIC ISO PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF DEFENDANT COSTCO WHOLESALE CORPORATION'S PERSON MOST QUALIFIED; REQUEST FOR REMOTE APPEARANCE AT HEARING; REQUEST FOR MONETARY SANCTIONS** on all interested parties in this action by electronic service as follows:

*SEE ATTACHED SERVICE LIST*

☒    (BY ELECTRONIC MAIL) I caused the documents to be sent to the persons at the e-mail address(es) listed on the above service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    VIA ELECTRONIC MAIL (CM/ECF) -  All parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

☐    (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, I deposited such envelope in the mail in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2026, at Los Angeles, California.

  /s/ Frederick Arnhoelter
Frederick Arnhoelter

PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Monika D. Troike, Esq.<br>Jones & Dyer, APC<br>3031 F Street, Suite 101<br>Sacramento, CA 95816<br>Telephone: 916-552-5959<br>mtroike@jonesdyer.com<br>support@jonesdyer.com<br>*Attorneys for Defendant and Third-Party Plaintiff COSTCO WHOLESALE CORPORATION* | Kevin J. Gillispie, Esq.<br>Trevor S. Daugherty, Esq.<br>QUINTAIROS, PRIETO, WOOD & BOYER, P.A.<br>1001 Galaxy Way, Suite 312<br>Concord, CA 94520<br>Telephone: 925-466-4230<br>Facsimile: 925-466-4231<br>kevin.gillispie@qpwblaw.com<br>Trevor.daugherty@qpwblaw.com<br>stephanie.ochoa@qpwblaw.com<br>*Attorneys for Third-Party Defendant GARCIA STRIPING, INC.* |
| Raymond A. Greene, III, Esq.<br>William K. Bliss, Esq.<br>BURNHAM BROWN<br>2125 Oak Grove Road, Suite 105<br>Walnut Creek, CA 94598-2537<br>Phone: 510-444-6800<br>Fax: 510-835-6666<br>rgreene@burnhambrown.com<br>wbliss@burnhambrown.com<br>tdarnell@BurnhamBrown.com<br>*Attorneys for Third-Party Defendant and Third-Party Cross-Defendant RUBBERFORM RECYCLED PRODUCTS, LLC* | John P. Hallissy, Esq.<br>Dillon A. Fleming, Esq.<br>Sacino, Bertolino & Hallissy, APC<br>608 University Avenue<br>Sacramento, CA 95825<br>Phone: (916) 649-2214<br>jhallissy@sbhlawoffice.com<br>dillon@sbhlawoffice.com<br>brenda@sbhlawoffice.com<br>*Attorneys for Defendant and Third-Party Plaintiff COSTCO WHOLESALE CORPORATION* |

PROOF OF SERVICE