Kevin J. Gillispie (Bar No. 220970)
kevin.gillispie@qpwblaw.com
Trevor S. Daugherty (Bar No. 342137)
trevor.daugherty@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
1001 Galaxy Way, Suite 312
Concord, CA 94520
Telephone: (925) 466-4230
Facsimile: (925) 466-4231

Attorneys for Third-Party Defendant GARCIA STRIPING, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA CECILE MCCAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01848-TLN-DMC<br><br>*Assigned to Hon. Troy L. Nunley*<br><br>**ORDER GRANTING THE PARTIES SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER TO CONTINUE TRIAL AND RELATED DATES**<br><br>Complaint Filed: May 14, 2024<br>Removal Filed: July 1, 2024<br>Trial Date: Unassigned |
| AND RELATED CROSS-ACTIONS. | |

**ORDER**

Pursuant to the Second Stipulation to Modify the Scheduling Order submitted by the parties, and for good cause shown, the Court modifies its Scheduling Order as follows:

- December 14, 2026: Fact Discovery Cut off (FDC)
- February 11, 2027: Initial Expert Designations (60 days after FDC)
- March 9, 2027: Supplemental Expert Designations (30 days after Initial Expert Designations, 90 days after FDC)
- May 10, 2027: Supplemental Discovery Cut Off (Experts) (30 Days prior to Dispositive Motion Hearing cut off, 150 Days after FDC)
- June 8, 2027: Dispositive Motion Hearing Cut off (180 days after FDC)

- 30 Days after rulings: Joint Notice of Trial Readiness with proposed trial dates.

**IT IS SO ORDERED**

DATED: September 21, 2026

Troy L. Nunley
Chief United States District Judge